

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

• •   Salans FMC SNR Denton McKenna Long
dentons.com

May 26, 2020

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

Re:    *Cruz v. Alanic International Corporation*: Case No. 1: 20-cv-02202-KPF

Dear Judge Failla:

We represent defendant Alanic International Corporation ("Defendant") in the above-referenced matter. Together with Plaintiff's counsel, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation and use of judicial resources. Once these efforts are complete, the parties promptly will file a stipulation of voluntary dismissal.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:    All counsel of record (by ECF)

```
Application GRANTED.  If the parties have not filed a stipulation
of voluntary dismissal by July 10, 2020, then the parties should
file a status update letter at that time.

                                   SO ORDERED.

Dated: May 26, 2020
       New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```